# LAW OFFICES OF DAVID S. WALTZER

A Professional Corporation
Admitted to Practice Law in New York and New Jersey

March 12, 2020

**IN RE: Suzie F Blackstock**

**Case No.: 20-41511**

To All Parties,

Please be advised that this case was initially filed as Chapter 7 due to a clerical error.

We have corrected the filing to be a case under Chapter 13 as originally intended.

Respectfully Submitted,

/s/ David S Waltzer

David S Waltzer Attorney for Debtor