UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re:                                                    Case #: 20-41511-ESS

SUZIE F BLACKSTOCK                                        CHAPTER 13
                                                         NOTICE OF MOTION


            Debtor

------------------------------------------------------X


SIRS:

        PLEASE TAKE NOTICE, that upon the annexed application of the debtor,

SUZIE F BLACKSTOCK, by her attorney, David S. Waltzer, dated March 27th, 2020 , the
undersigned will appear before this Court on May 26th, 2020 at 9:30AM, or as soon thereafter
as counsel may be heard, to move before the Honorable Elizabeth S. Stong, United States
Bankruptcy Judge, in the Courtroom at 271−C Cadman Plaza East, Room 3585 – 3rd Floor,
Brooklyn, NY, for an Order, pursuant to Section 362(c)(3)(B) of the United States
Bankruptcy Code.

        PLEASE TAKE FURTHER NOTICE that responsive papers, if any, are to be served
on the undersigned and filed with the Court no less than three (3) days prior to the return date
of this motion.

Dated: March 27th, 2020
        Westchester, New York

                                            Respectfully,

                                            _____
                                            David S. Waltzer, Esq
                                            Attorney at Law

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re:                                                      Case #: 20-41511-ESS

SUZIE F BLACKSTOCK                          Attorney Affirmation in Support of
                                                                   Motion to Extend Stay


                 Debtor
--------------------------------------------------------X

STATE OF NEW YORK

COUNTY OF KINGS


          DAVID S. WALTZER, an attorney duly admitted to practice before this Court states:

          1. I am the attorney of record for the above captioned debtor.

          2. This affirmation is submitted in support of the application by the debtor for
the entry of an Order, pursuant to 11 U.S.C. Sections 105 and 362(c)(3)(B) to continue the full
force and effect of the automatic stay.


          3.      This is the debtor's second Chapter 13 filing within the last twelve (12)
months. The debtor filed her last case on June 20th, 2019 (Case No. 19-43806-ess).


          4.      The debtor filed her prior Chapter 13 pro-se and was unable manage the
document production or other filing obligations.


          5.      That case was dismissed without prejudice on December 5, 2019.


          6.      Subsequently, in 2019 the Debtor's income restored to an amount sufficient for a
good faith Chapter 13 bankruptcy.

7.    The Debtor also engaged present counsel and is now able to meet the administrative burdens of the present case.

8.    The present case is filed in good faith and does not prejudice the creditors.

9.    Based upon the foregoing, it is respectfully requested that the automatic stay be continued so that the debtors be permitted the opportunity to continue to prosecute the instant Chapter 13 case with loss mitigation.

10.   No prior application has been made by the debtors for the specific relief sought herein.

WHEREFORE, the debtors respectfully requests that an Order be entered, pursuant to 11 U.S.C. Section 362(c)(3)(B), continuing the full force and effect of the automatic stay as to all creditors during the prosecution of this Chapter 13 case, and that the debtors be granted such other and further relief as this Court deems just and proper.

Dated: March 27th, 2020
　　　　Westchester, New York

David S. Waltzer
Attorney for the Debtor
One Central Ave Suite 307
Tarrytown, NY 10591
914-287-0880 x210
waltzer@waltzerlawgroup.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re:                                                  Case #: 20-41511-ESS

SUZIE F BLACKSTOCK                          DEBTOR'S AFFIDAVIT OF
                                                              CHANGE IN CIRCUMSTANCES


                  Debtor

------------------------------------------------------X

STATE OF NEW YORK

COUNTY OF KINGS


SUZIE F BLACKSTOCK, being duly sworn, does hereby depose and say that:

1. I am the Debtor in the instant case and I am making this affidavit in support of this Court's acceptance of my Chapter 13 Petition. I submit this affidavit in support of my motion for an order pursuant to § 362(c)(3) extending the Automatic Stay against all creditors beyond the thirty (30) day period in this proceeding.

2. This affirmation is submitted in support of the application for the entry of an Order, pursuant to 11 U.S.C. Sections 105 and 362(c)(3)(B) to continue the full force and effect of the automatic stay.

3. I previously filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code on June 20, 2019 (Case No. 19-43806). The prior case was dismissed by Order of this Court on August 5th, 2019.

4. I had filed that case on my own and did not have assistance from family or an attorney.

5. I am now making more money and I am able to afford the mortgage payments.

6. I also have an attorney now.

7. This bankruptcy is filed in good faith and I plan to satisfy all requirements and get a confirmed bankruptcy.

8. I respectfully request that the Automatic Stay pursuant to 11 U.S.C. §362 be extended against all my creditors during the pendency of this new bankruptcy proceeding which has been filed.

WHEREFORE, in view of the foregoing, it is respectfully requested that this Honorable Court enter an Order pursuant to 11 U.S.C. §362(c)(3) extending the Automatic Stay against all creditors and for such other and further relief as this Court may deem just and proper.

Dated: March 26, 2020
. New York

_____
Suzie F Blackstock

Sworn before me this 26 day of March 2020

_____
Notary Public, State of New York

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re:                                                    Case #: 20-41511-ESS

SUZIE F BLACKSTOCK                           CERTIFICATE OF SERVICE


                    Debtor

-------------------------------------------------------X

I certify that on the date shown below I mailed a copy of the Notice of Motion to

Extend the Automatic Stay, Affirmation in Support, and Affidavit of Change in

Circumstances to the parties listed below.

Marianne DeRosa, Office of the Ch 13 Trustee, 100 Jericho Quadrangle, Ste. 127, Jericho, NY 11753

Adam E. Mikolay P.C., 90 Merrick Avenue, Suite 501, East Meadow, NY 11554

AJ Partners LLC ATTN: LOAN OFFICER, 307 E. 91st Street, Ste. 1E, New York, NY, 10128

Joel E Abramson – Referee, 271 Madison Ave, 22nd Floor, New York, NY 10016

Lawrence & Walsh P.C., ATTN: Eric P. Warner, Esq., 215 Hilton Avenue, PO Box 1200 Hempstead, NY 11550

Sky High Realty, LLC, ATTN: Officer, 248-14 Van Zandt Avenue, Little Neck, NY 11362

Annexed list of creditors and other parties in interest

at the address(es) designated by said attorney and party for that purpose by depositing a true copy

of same to each attorney and party, enclosed in a postpaid properly addressed wrapper, VIA first

class mail in an official depository under the exclusive care and custody of the United States Postal

Service within the State of New York.


Dated: March 27th, 2020
          Ulster, New York

                                                    _____
                                                    Jacqueline R. Curry

Label Matrix for local noticing
0207-1
Case 1-20-41511-ess
Eastern District of New York
Brooklyn
Thu Mar 26 17:12:55 EDT 2020

A-Team Properties, LLC
19 Edwin Street
Staten Island, NY 10312-4920

271-C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800

A-Team Properties LLC
ATTN: OFFICER
19 Edwin Street
Staten Island, NY 10312-4920

A-Team Properties, LLC
c/o Lawrence and Walsh, P.C.
215 Hilton Avenue
Post Office Box 1200
Hempstead, New York 11551-1200

AJ Partners LLC
ATTN: LOAN OFFICER
307 E. 91st Street
Ste. 1E
New York, NY 10128-6017

AT&T
ATTN: Karen A Cavagnaro
One AT&T Way
Suite 3A104
Bedminster, NJ 07921-2694

AT&T
c/o Bankruptcy
4331 Communications Dr
Flr 4W
Dallas, TX 75211-1300

Adam E. Mikolay P.C.
90 Merrick Avenue
Suite 501
East Meadow, NY 11554-1500

American InfoSource LP
RE Capital One Bank USA N
PO BOX 71083
Charlotte, NC 28272-1083

American InfoSource LP
RE T-Mobile
4515 N Santa Fe Ave.
Oklahoma City, OK 73118-7901

Capital One Bank
7933 Preston Road
Mail Code 31063-1111
Plano, TX 75024-2302

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Joel E Abramson - Referee
271 Madison Ave
22nd Floor
New York, NY 10016-1001

Lawrence & Walsh P.C.
ATTN: Eric P. Warner, Esq
215 Hilton Avenue
PO Box 1200
Hempstead, NY 11551-1200

NYC Water Board
Andrew Rettig Esq
59-17 Junction Boulevard
Elmhurst, NY 11373-5188

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014-4811

PE-NC LLC
ATTN: LOAN OFFICER
595 Stewart Avenue
Suite 550
Garden City, NY 11530-4736

Sky High Realty, LLC
ATTN: OFFICER
241 W Bankhead Hwy
Villa Rica, GA 30180-1813

Sky High Realty, LLC
ATTN: Officer
248-14 Van Zandt Avenue
Little Neck, NY 11362-1241

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

David S Waltzer
Law Offices of David S. Waltzer, PC
1 Central Avenue
Suite 307
Tarrytown, NY 10591-3301

Marianne DeRosa
Office of the Chapter 13 Trustee
100 Jericho Quadrangle
Ste 127
Jericho, NY 11753-2702

Suzie F Blackstock
1246 New York Avenue
Brooklyn, NY 11203-5508

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

T-Mobile
Bankruptcy Team
PO Box 53410
Bellevue, WA 98015-3410

(d)T-Mobile USA, Inc.
Bankruptcy
5421 Jefferson Street NE
Albuquerque, NM 87109-3406

End of Label Matrix
Mailable recipients    23
Bypassed recipients     0
Total                  23